I. E. DU PONT DE NUMOURS & COMPANY, Appellant, v. B. W. KUHN, Doing Business Under the Fictitious Name and Style of Dragline Rentals Company, Appellee.

No. 11330.

Circuit Court of Appeals, Ninth Circuit.

May 23, 1946.

Frank J. Hennessy, U. S. Atty., of San Francisco, Cal., for appellant.

Charles M. Stark and Francis W. Murphy, both of San Francisco, Cal., for appellee.

Before MATHEWS, HEALY, and BONE, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.

Kate B. GOLTRA and E. Field Goltra, Jr., Executors of the Will of Edward F. Goltra, Deceased, Appellants, v. Fred J. LAUCHLI, Trustee in Bankruptcy, Mississippi Valley Iron Company, a Corporation, Bankrupt.

No. 13380.

Circuit Court of Appeals, Eighth Circuit.

May 21, 1946.

Frank H. Fisse and William G. Pettus, Jr., both of St. Louis, Mo., for appellants.

Harry S. Gleick, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on stipulation of parties.

George J. JUNKER, Appellant, v. UNITED STATES of America, Appellee.

No. 11309.

Circuit Court of Appeals, Ninth Circuit.

June 4, 1946.

Russell E. Parsons, of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S. Atty., and Ralph Lazarus, Asst. U. S. Atty., both of Los Angeles, Cal., for appellee.

Before GARRECHT, MATHEWS, and BONE, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of the appellant, and of counsel for the respective parties, and good cause therefor appearing, it is ordered that the appeal in this cause be dismissed, that a judgment be filed and entered accordingly, and that the mandate of this Court in this cause issue forthwith.